UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CAM EASH,

    Petitioner,

v.

WILLIAM GITTERE, et al.,

    Respondents.

Case No. 3:19-cv-00488-LRH-CBC

**ORDER**

This action is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Cam Eash, an individual incarcerated at Nevada's Ely State Prison. Eash initiated this action on August 14, 2019, by submitting his habeas petition (ECF No. 1-1), along with an application to proceed *in forma pauperis* (ECF No. 1) and a motion for appointment of counsel (ECF No. 1-2).

Eash did not sign his application to proceed *in forma pauperis*, and it does not include the required financial certificate, signed by an authorized prison officer. *See* Local Rule LSR 1-1. The Court will, therefore, deny the application to proceed in forma pauperis, without prejudice to Eash filing a new application.

The Court will grant Eash time to either pay the filing fee for this action or file a new application to proceed *in forma pauperis*. If Eash wishes to pay the filing fee, he must have $5 sent to the Clerk of the Court, with a cover letter indicating the case number of this action. If Eash fails to pay the filing fee or file a new *in forma pauperis* application within the time allowed, this action will be dismissed.

///

///

1 **IT IS THEREFORE HEREBY ORDERED** that the Application to Proceed *in Forma Pauperis* (ECF No. 1) is denied, without prejudice.

**IT IS FURTHER ORDERED** that Petitioner will have forty-five (45) days from the date of this order to either pay the $5 filing fee for this action as instructed above or file a fully completed, and signed, application to proceed *in forma pauperis*, including the required financial certificate.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to send to Petitioner, along with a copy of this order, two form *in forma pauperis* applications.

DATED this 15th day of August, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE