UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CAM EASH,

          Petitioner,

v.

WILLIAM GITTERE, *et al.*,

          Respondents.

Case No. 3:19-cv-00488-LRH-CBC

**ORDER**

This case is a petition for a writ of habeas corpus, pursuant to 28 U.S.C. § 2254, by Cam Eash, a prisoner at Nevada's Ely State Prison. On August 14, 2019, Eash filed his habeas corpus petition (ECF No. 1-1), along with an application to proceed *in forma pauperis* (ECF No. 1), and a motion for appointment of counsel (ECF No. 1-2). On August 15, 2019, the Court denied the application to proceed *in forma pauperis* and ordered Eash to either file a new *in forma pauperis* application or pay the filing fee for this action (ECF No. 3). Eash then paid the filing fee on September 9, 2019 (ECF No. 4). Therefore, the Court has reviewed Eash's habeas petition pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts. The Court will direct the Clerk of the Court to serve the petition upon the Respondents and will require a response.

Eash filed, with his petition, a motion for appointment of counsel (ECF No. 1-2). "Indigent state prisoners applying for habeas corpus relief are not entitled to appointed counsel unless the circumstances of a particular case indicate that appointed counsel is necessary to prevent due process violations." *Chaney v. Lewis*, 801 F.2d 1191, 1196 (9th Cir. 1986) (citing *Kreiling v. Field*, 431 F.2d 638, 640 (9th Cir. 1970) (per curiam). The court may, however, appoint counsel at any stage of the proceedings "if the interests of justice so require." *See* 18 U.S.C. § 3006A; *see also* Rule 8(c), Rules Governing § 2254 Cases; *Chaney*, 801 F.2d at 1196. The Court determines that appointment of counsel is unwarranted in this case at this time. The motion for appointment of counsel will be denied.

**IT IS THEREFORE ORDERED** that the Clerk of the Court is directed to separately file the petition for writ of habeas corpus and the motion for appointment of counsel, which are currently attached to the *in forma pauperis* application at ECF Nos. 1-1 and 1-2.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to add Aaron D. Ford, Attorney General of the State of Nevada, as counsel for Respondents.

**IT IS FURTHER ORDERED** that the Clerk of the Court is directed to electronically serve upon Respondents a copy of the petition for writ of habeas corpus and a copy of this order.

**IT IS FURTHER ORDERED** that Respondents will have 60 days from the date on which the petition is served upon them to appear in this action, and to answer or otherwise respond to the petition. If Respondents file an answer, Petitioner will have sixty 60 days to file a reply to the answer. If Respondents file a motion to dismiss, Petitioner will have sixty 60 days to file a response to the motion to dismiss, and then Respondents will have thirty 30 days to file a reply to Petitioner's response.

**IT IS FURTHER ORDERED** that Petitioner's motion for appointment of counsel is denied.

DATED this 10th day of September, 2019.

_____
LARRY R. HICKS,
UNITED STATES DISTRICT JUDGE