UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CAM EASH,

    Petitioner,

  v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:19-cv-00488-LRH-CLB

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 11)**

In this habeas corpus action, after a 30-day extension of time, the respondents were due to respond to the habeas petition by December 12, 2019. *See* Order entered September 10, 2019 (ECF No. 5); Order entered November 13, 2019 (ECF No. 10).

On December 12, 2019, Respondents filed a motion for extension of time (ECF No. 11), requesting a second extension of time, of 32 days, to January 13, 2020, to file their response.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 11) is **GRANTED,** *nunc pro tunc*. Respondents will have until and including **January 13, 2020**, to file their answer or other response to the habeas petition.

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered September 10, 2019 (ECF No. 5) will remain in effect.

DATED this 16th day of December, 2019.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE

1