UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

CAM EASH,

    Petitioner,
    v.

WILLIAM GITTERE, *et al.*,

    Respondents.

Case No. 3:19-cv-00488-LRH-CLB

**ORDER GRANTING MOTION FOR EXTENSION OF TIME (ECF NO. 13)**

In this habeas corpus action, after a 30-day extension and a 32-day extension, the respondents were due to respond to the habeas petition by January 13, 2020. *See* Order entered September 10, 2019 (ECF No. 5); Order entered November 13, 2019 (ECF No. 10); Order entered December 16, 2019 (ECF No. 12).

On January 13, 2020, Respondents filed a motion for extension of time (ECF No. 13), requesting a third extension of time, of four days, to January 17, 2020, to file their response. Respondents' counsel states that the extension of time is necessary because of illness.

The Court finds that Respondents' motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

**IT IS THEREFORE ORDERED** that Respondents' motion for extension of time (ECF No. 13) is **GRANTED**. Respondents will have until and including **January 17, 2020**, to file their answer or other response to the habeas petition.

///

///

///

**IT IS FURTHER ORDERED** that, in all other respects, the schedule for further proceedings set forth in the order entered September 10, 2019 (ECF No. 5) will remain in effect.

DATED this 4th day of January, 2020.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE