UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CAM EASH,<br><br>              Petitioner,<br><br>       v.<br><br>WILLIAM GITTERE, *et al.*,<br><br>              Respondents. | Case No. 3:19-cv-00488-MMD-CLB<br><br>ORDER |

*Pro se* Petitioner Cam Eash filed a petition for a writ of *habeas corpus* under 28 U.S.C. § 2254. (ECF No. 6.) Respondents filed an answer on August 12, 2020. (ECF No. 24.) After a 62-day extension of time, Petitioner had until December 14, 2020 to file a reply to Respondents' answer. (*See* ECF Nos. 25, 26.)

On December 14, 2020, Petitioner filed a second motion for extension of time (ECF No. 27), requesting a further extension, of at least 15 days, to file his reply. Petitioner states he needs the additional time so he can continue to attempt to obtain evidence to substantiate one of his claims, and because of delays caused by the COVID-19 pandemic. The Court finds that Petitioner's second motion for extension of time is made in good faith and not solely for the purpose of delay, and that there is good cause for the extension of time requested.

It is therefore ordered that Petitioner's second motion for extension of time (ECF No. 27) is granted. Petitioner will have until February 26, 2021 to file his reply to Respondents' answer.

DATED THIS 14th Day of December 2020.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE